**STATE v. DRAPER**

[358 N.C. 141 (2004)]

. STATE OF NORTH CAROLINA v. CLAYTON DRAPER

No. 186PA03

(Filed 6 February 2004)

On writ of certiorari issued 11 April 2003 pursuant to N.C.G.S. § 7A-32(b) to review an order entered 3 April 2003, *nunc pro tunc* 26 March 2003, by Judge William L. Daisy in District Court, Guilford County, declaring N.C.G.S. § 7A-455.1 unconstitutional. Heard in the Supreme Court 11 September 2003.

*Roy Cooper, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for the State-appellant.*

*Smith Moore LLP, by James G. Exum, Jr., and Frances Turner Mock, for defendant-appellee.*

PER CURIAM.

Pursuant to this Court's opinion in *State v. Webb*, 358 N.C. 92, 591 S.E.2d 505, the decision of the trial court is affirmed as modified.

AFFIRMED AS MODIFIED.